# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 25-16190 (ABA)

Christoph Malcolm
9 Wye Mill Drive
Sicklerville, NJ  08081

Monthly Payment: $3,240.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 07/15/2025 | $810.00 | 08/27/2025 | $810.00 | 09/23/2025 | $810.00 | 11/07/2025 | $810.00 |
| 12/10/2025 | $810.00 | 12/31/2025 | $810.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTOPH MALCOLM | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $4,150.00 | $0.00 | $4,150.00 | $0.00 |
| 1 | BROCK & SCOTT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | COSTCO CITI CARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FIRST HARVEST FEDERAL CREDIT UNION | 24 | $8,821.62 | $0.00 | $8,821.62 | $0.00 |
| 4 | DEPARTMENT OF THE TREASURY | 28 | $16,855.21 | $0.00 | $16,855.21 | $0.00 |
| 5 | KEYSTONE EQUIPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | M & T BANK | 24 | $37,158.36 | $0.00 | $37,158.36 | $0.00 |
| 7 | STATE OF NEW JERSEY | 28 | $1,668.83 | $0.00 | $1,668.83 | $0.00 |
| 8 | TD RETAIL CARD SERVICES | 33 | $6,709.05 | $0.00 | $6,709.05 | $0.00 |
| 9 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 33 | $5,345.46 | $0.00 | $5,345.46 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $4,753.53 | $0.00 | $4,753.53 | $0.00 |
| 14 | ALLY FINANCIAL | 33 | $18,751.47 | $0.00 | $18,751.47 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2025 | 5.00 | $0.00 |
| 12/01/2025 | Paid to Date | $3,240.00 |
| 01/01/2026 | 54.00 | $2,085.00 |
| 07/01/2030 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Total payments received this period:          $4,860.00

Total paid to creditors this period:          $0.00

Undistributed Funds on Hand:          $4,374.00

Arrearages:          ($1,620.00)

Attorney:          ANDREW T. ARCHER, ESQUIRE

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**