Amar A. Agrawal, Esquire
**Eisenberg, Gold & Agrawal, P.C.**
1040 Kings Highway North, Suite 200
Cherry Hill, NJ 08034
Tel: (856) 330-6200
Fax: (856) 330-6207
Email: aagrawal@egalawfirm.com
File No. FF-2603-A
Attorneys for Creditor, First Harvest Federal Credit Union.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Proceedings in Chapter 13<br>Case No. 25-16190<br>Honorable Judge Andrew B Altenburg, Jr. |
| **Christoph Malcolm** | Hearing Date:<br>Objection Date: |
| Debtor(s). | |
| | **WITHDRAW OF CREDITOR FIRST HARVEST FEDERAL CREDIT UNION MOTION FOR RELIEF FROM STAY** |

The undersigned, Eisenberg, Gold & Agrawal, P.C., attorneys for Creditor First Harvest Federal Credit Union., hereby WITHDRAWS its Motion for Relief From Stay, which was filed with the Court on February 9, 2026, as Document No. 32 without prejudice.

**By: /s/ Amar A. Agrawal**
Amar A. Agrawal, Esq.
Eisenberg, Gold & Agrawal, P.C.
1040 N. Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
Tel: 856-330-6200
Fax: 856-330-6207
Email: aagrawal@egalawfirm.com
Attorneys for First Harvest Federal Credit Union

Dated: 03/06/2026