Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25–16190–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christoph Malcolm
9 Wye Mill Drive
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–9400

Employer's Tax I.D. No.:
87–1950587

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        5/14/26
Time:            02:00 PM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney, period: 2/11/2026 to 4/7/2026.

COMMISSION OR FEES
fee: $1,427.50.

EXPENSES
$3.09.

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 10, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Christoph Malcolm

    Debtor

Case No. 25-16190-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: 137 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christoph Malcolm, 9 Wye Mill Drive, Sicklerville, NJ 08081-4371 |
| cr | | First Harvest Credit Union, 1617 Hurffville Road, DEPTFORD, NJ 08096, UNITED STATES |
| 520684434 | + | Keystone Equipment, 1623 East Poland Ave, New Castle, PA 16102-2837 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 10 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 10 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: camanagement@mtb.com | Apr 10 2026 21:03:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 520707341 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 21:05:25 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520767715 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 21:05:36 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520684429 | | Email/Text: EBN@brockandscott.com | Apr 10 2026 21:02:00 | Brock & Scott, 302 Fellowship Rd., Ste 130, Mount Laurel, NJ 08054 |
| 520684430 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 21:05:41 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520684431 | + | Email/Text: courts@firstharvestcu.com | Apr 10 2026 21:03:00 | First Harvest Credit Union, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 520684432 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2026 21:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520766606 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 21:05:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520684435 | | Email/Text: camanagement@mtb.com | Apr 10 2026 21:03:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520765379 | | Email/Text: camanagement@mtb.com | Apr 10 2026 21:03:00 | M & T Bank, PO Box 840, Buffalo, NY 14240 |
| 520758222 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 10 2026 21:02:00 | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 520684436 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 10 2026 21:02:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520684437 | + | Email/Text: bankruptcy@td.com | Apr 10 2026 21:04:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |

520700571      +   Email/Text: tdebn@credbankserv.com

     Apr 10 2026 21:03:00      TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520684433 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor First Harvest Credit Union aagrawal@egalawfirm.com alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Christoph Malcolm aarcher@spillerarcherlaw.com mcdoherty_187750@ecf.courtdrive.com |
| Kimberly A. Wilson | on behalf of Creditor M&T Bank kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6