UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
Attorney ID 005272008
Brenner, Spiller and Archer
125 Route 73 North
West Berlin, NJ 08092
(856) 963-5000
Attorney for Debtor

**Order Filed on May 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christoph Malcolm,

        Debtor(s).

Case No.:     25-16190

Chapter:     13

Judge:     Andrew B. Alter

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 14, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____1,427.50_____ for services rendered and expenses in the amount of $_____3.09_____ for a total of $_____1,430.59_____ .  The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2117_____ per month for _____50_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 25-16190-ABA

Christoph Malcolm                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                          Page 1 of 2

Date Rcvd: May 14, 2026                   Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Christoph Malcolm, 9 Wye Mill Drive, Sicklerville, NJ 08081-4371

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name                    Email Address**

Amar Anand Agrawal
                        on behalf of Creditor First Harvest Credit Union aagrawal@egalawfirm.com
                        alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrew B Finberg
                        on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                        courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew Thomas Archer
                        on behalf of Debtor Christoph Malcolm aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com

Kimberly A. Wilson
                        on behalf of Creditor M&T Bank kimberly.wilson@brockandscott.com  wbecf@brockandscott.com

Matthew K. Fissel
                        on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

District/off: 0312-1                          User: admin                               Page 2 of 2
Date Rcvd: May 14, 2026                       Form ID: pdf903                           Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7