Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−16190−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christoph Malcolm
   9 Wye Mill Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9400

Employer's Tax I.D. No.:
   87−1950587

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 6/12/26 at 09:00 AM

to consider and act upon the following:

*46* − Certification in Opposition to (related document:43 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 05/26/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Andrew Thomas Archer on behalf of Christoph Malcolm. (Archer, Andrew)

Dated: 5/22/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court