Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−16190−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christoph Malcolm
   9 Wye Mill Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9400

Employer's Tax I.D. No.:
   87−1950587

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 6/12/26 at 09:00 AM

to consider and act upon the following:

*46 −* Certification in Opposition to (related document:43 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 05/26/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Andrew Thomas Archer on behalf of Christoph Malcolm. (Archer, Andrew)

Dated: 5/22/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-16190-ABA

Christoph Malcolm                                                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                             Page 1 of 2

Date Rcvd: May 22, 2026                Form ID: ntchrgbk                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

**Recip ID     Recipient Name and Address**
db     +  Christoph Malcolm, 9 Wye Mill Drive, Sicklerville, NJ 08081-4371

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor First Harvest Credit Union aagrawal@egalawfirm.com alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Christoph Malcolm aarcher@spillerarcherlaw.com mcdoherty_187750@ecf.courtdrive.com |
| Kimberly A. Wilson | on behalf of Creditor M&T Bank kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |

District/off: 0312-1        User: admin        Page 2 of 2

Date Rcvd: May 22, 2026        Form ID: ntchrgbk        Total Noticed: 1

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7